UST-31, 3-03

Lothar Goernitz
P. O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| PRECISION CRATING AND PACKAGING | ) | CASE NO. 01-12139-PHX-RTB |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

    Lothar Goernitz, Trustee, reports that the following dividend(s) in amounts less than <u>$5.00</u> were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 18 | Sierra Scientific<br>1146 E. Buckeye Road<br>Phoenix, AZ 85034 | $1.92 |
| 30 | Diamondback Industrial<br>P.O. Box 6100<br>Scottsdale, AZ 85261 | $2.47 |
| 32 | Sunbird Carbide<br>13671 S. Spring Lane<br>Mayer, AZ 86333 | $2.53 |
| 33 | CITY OF PHOENIX<br>305 WEST WASHINGTON STREET<br>PHOENIX AZ 85003 | $3.47 |
| 36A | DES UNEMPLOYMENT TAX 911B<br>P O BOX 6028<br>PHOENIX AZ 85005 | $.25 |
| 39 | SUN CHEMICAL CORPORATION<br>222 BRIDGE PLAZA SOUTH<br>FORT LEE NJ 07024 | $2.39 |

Date: <u>June 15, 2010</u>                           /s/ Lothar Goernitz
                                                  Lothar Goernitz, Trustee