Lothar Goernitz
P. O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| PRECISION CRATING AND PACKAGING | ) | CASE NO. 01-12139-PHX-RTB |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITORS NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 5 | 06/15/10 | CARLSON SYSTEMS<br>8990 "F" STREET<br>OMAHA, NE 68127 | $5.26 |
| 6 | 06/15/10 | STONE CONTAINER CORPORATION<br>ATT: CREDIT DEPARTMENT<br>PO BOX 2276<br>ALTON, IL 62002 | $158.14 |
| 13 | 06/15/10 | ELKAY PLASTICS<br>4380 AYERS AVENUE<br>LOS ANGELES, CA 90023<br>ATT: ED ROTH | $10.99 |
| 14 | 06/15/10 | ARIZONA EXTERMINATING<br>PO BOX 61175<br>PHOENIX, AZ 85082 | $14.58 |
| 15 | 06/15/10 | DIECO, INC.<br>5340 W. BUCKEYE RD., #A6<br>PHOENIX, AZ 85043 | $53.65 |
| 20 | 06/15/10 | MCEWEN LUMBER CO.<br>P.O. BOX 727<br>HATTIESBURG, MS 39403 | $47.53 |

| | | | |
|---|---|---|---|
| 21 | 06/15/10 | DOUGLAS E. BELL, P.C.<br>3014 N. HAYDEN ROAD, SUITE 109<br>SCOTTSDALE, AZ 85251 | $87.49 |
| 26 | 06/15/10 | AMERICAN EXCELSIOR<br>200 S. 49TH AVENUE<br>PHOENIX, AZ 85043 | $301.97 |
| 28 | 06/15/10 | GAYLORD CONTAINER CORP.<br>500 LAKE COOK RD #400<br>DEERFIELD, IL 60015 | $781.36 |
| 31 | 06/15/10 | J & R MANUFACTURING INC.<br>C/O BRUCE CHILDERS ESQ.<br>8655 E. VIA DE VENTURA, F-100<br>SCOTTSDALE, AZ 85258 | $1,275.08 |
| 33 | 06/15/10 | STANLEY FASTENING SYSTEMS<br>C/O EDWARD J MARKO<br>14435 N. 7TH ST. SUITE 103<br>PHOENIX, AZ 85022 | $53.66 |

DATE: <u>September 21, 2010</u>             /s/Lothar Goernitz  
                                                                    LOTHAR GOERNITZ, TRUSTEE